IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 8:23CR215 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | **APPEARANCE OF COUNSEL** |
| | ) | |
| JASON UNRUH, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW**  James R. Kozel, Attorney at Law, and hereby enters his appearance of counsel on behalf of the defendant herein.

s/James R. Kozel_____
James R. Kozel  #15978
Attorney at Law
1237 Skylark Drive
Omaha, Nebraska  68144
(402) 758-1808

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 30th day of January, 2024, I electronically served a copy of the same to Thomas Kangior,  Assistant U.S. Attorney at the Office of the United States Attorney for the District of Nebraska, 1620 Dodge Street, Suite 1400, Omaha, Nebraska  68102-1506.

s/James R. Kozel_____