IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>CARINDA M. BLAIR,<br><br>Defendant. | 8:23CR215<br><br>PLAINTIFF'S SENTENCING<br>MEMORANDUM |

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the District of Nebraska, offers its written Sentencing Memorandum in advance of the sentencing hearing scheduled for June 11, 2025.

**Procedural History**

The defendant was charged as a result of her involvement with a Mexico Source of Supply (SOS) of methamphetamine who supplies the Omaha, Nebraska and Council Bluffs area. The defendant was a local courier who was distributing the SOS's methamphetamine in Nebraska and Iowa.

On August 17, 2023, law enforcement surveillance observed codefendant Jonathan Ovalle go to Blair's Omaha apartment and conduct a drug deal. In a subsequent TextNow search warrant on the Mexico SOS's phone number, messages confirmed that Blair had arranged the drug deal with the SOS. Messages indicate that Blair was a regular customer of the SOS beginning in March of 2023 consistently buying ounces of meth from the SOS on a weekly basis totaling more than 500 grams (mixture).

1

An Indictment was filed for drug conspiracy on October 17, 2023, but the defendant was not charged in it. (Filing No. 1). On January 17, 2024, the Grand Jury for the District of Nebraska returned a five-count Superseding Indictment which named Blair as a codefendant charged in Count I with violating Title 21, United States Code, Section 846, conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine. She was not charged in Counts II through V of the Superseding Indictment, and the Forfeiture Allegation does not apply her. (Filing No. 61).

On March 22, 2024, the defendant appeared before United States Magistrate Judge Michael D. Nelson on an Initial Appearance, Arraignment, and Detention Hearing. The defendant entered a not guilty plea on all counts. The government's motion for detention was granted as to flight and danger. The defendant was remanded to the custody of the U.S. Marshal to be detained pending further order of the Court. (Filing No. 153).

On May 31, 2024, the defendant appeared before U.S. Magistrate Judge Michael D. Nelson for a Motion to Amend Detention Order. The government did not oppose the defendant's conditions of release proposed by pretrial services. The Motion to Amend Detention was granted, and the defendant was released on bond on June 4, 2024. (Filing No. 189).

On October 24, 2024, the defendant appeared before U.S. Magistrate Judge F.A. Gossett for an Initial Appearance on the Petition for Action on Conditions of Pretrial Release. The defendant admitted the allegations. The government's motion for detention was granted. The Petition for Action on Conditions of Pretrial release was granted, and the Order Setting

2

Conditions of Release was revoked. The defendant was remanded to the custody of the U.S. Marshal to be detained pending further order of the Court. (Filing No. 238).

On March 13, 2025, the defendant appeared before Chief United States District Judge Robert F. Rossiter, Jr., for a Change of Plea Hearing. The defendant entered a plea of guilty to COUNT I of the Superseding Indictment, pursuant to a plea agreement where the parties agreed that the defendant should be held responsible, beyond a reasonable doubt, for at least 500 grams, but less than 1.5 kilograms of a mixture of methamphetamine, that the defendant may be Safety Valve eligible, that the defendant's offense level should be increased by 2 levels pursuant to USSG § 2D1.1(b)(5) as the offense involved the importation of methamphetamine, and that the parties agree that defendant may not request or recommend additional downward adjustments, departures, including criminal history departures. The plea of guilty was accepted but the Plea Agreement was not approved at the time, pending review of a Presentence Investigation and Report. The defendant was remanded to the custody of the U.S. Marshal. (Filing No 307; Filing No. 310).

On May 12, 2025, a Revised Presentence Investigation Report and was sent to the parties and the Court calculating a BOL 30 (RPSR ¶ 53), finding the offense involved the importation of methamphetamine (RPSR ¶ 54) and the defendant qualified for the Safety Valve (RPSR ¶ 55), and after Acceptance of Responsibility (RPSR ¶ 61), a Total Offense Level 27 (RPSR ¶ 62), and a Criminal History Category II, with a guideline imprisonment range of 78 months to 97 months (RPSR ¶ 113).

On May 28, 2025, a Sentencing Recommendation was sent to the parties and the Court recommending a sentence of 78 months' imprisonment and a 2-year term of supervised release.

**Sentencing**

The government believes the RPSR has been calculated correctly and that the defendant

qualifies for the Safety Valve. At sentencing the government will ask the Court to follow the

Sentencing Recommendation of the Probation Office and sentence the defendant to the low end

of her calculated Guideline Range.

**Conclusion**

At the sentencing hearing, Plaintiff will ask the Court to sentence the defendant to a term

of imprisonment of 78 months' imprisonment.

LESLEY A. WOODS
United States Attorney
District of Nebraska


By:    s/ Thomas J. Kangior
THOMAS J. KANGIOR #21496
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail:  thomas.kangior@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Lisa Mayland
U.S. Probation and Pretrial Services Officer
lisa_mayland@nep.uscourts.gov

s/ Thomas J. Kangior
THOMAS J. KANGIOR
Assistant U.S. Attorney